IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHAUN BROOKS, individually and on behalf of surviving heirs, and in his capacity of duly appointed Administrator of the Estate of CYNTHIA ELAINE MIXON, deceased, | CIVIL ACTION FILE NO.: 5:16-CV-00123-LJA |
| Plaintiff, | |
| vs. | |
| WILKINSON COUNTY, GEORGIA, by and through MARK DUPREE, in his representative capacity as Chairman of the Wilkinson County, Georgia Board of Commissioners and DEPUTY "BUSTER" KING, individually and in his official capacity, | |
| Defendants. | |

**STIPULATION OF DISMISSAL**

COME NOW all parties to the above-styled case, and pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), stipulate that all claims against all Defendants are dismissed without prejudice. The parties agree that they will bear their own costs. The clerk is requested to mark this matter DISMISSED without prejudice.

This 30th day of June, 2016.

          Respectfully submitted,

          **E.GILMORE MAXWELL, P.C.**

          /s/ E. Gilmore Maxwell

          E. Gilmore Maxwell
          Georgia Bar No. 478740

P.O. Box 3188
McDonough, Georgia 30253
770.898.8855
678.788.7367 (facsimile)
gil@maxwellfirm.com

*Attorney for Plaintiff*

          **BUCKLEY, CRISTOPHER & HAFF**

          /s/ Taylor W. Hensel

2970 Clairmont Road NE    TIMOTHY J. BUCKLEY III
Suite 650    Georgia State Bar No. 092913
Atlanta, Georgia 30329    TAYLOR W. HENSEL
(404) 633-9230 (telephone)    Georgia State Bar No. 572754
(404) 633-9640 (facsimile)    Attorneys for Defendants
thensel@bchlawpc.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Stipulation of Dismissal** was filed electronically and will be sent by email to all parties via the Court's electronic filing system.

                                                    /S/
                                                  E. Gilmore Maxwell
                                                  Georgia Bar No. 478740

E.GILMORE MAXWELL, P.C.
P.O. Box 3188
McDonough, Georgia 30253
770.898.8855
678.788.7367 (facsimile)
gil@maxwellfirm.com

*Attorney for Plaintiff*